UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LINDSAY WETHINGTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:23-cv-00201-TWP-KMB ) |
| JAN DAVIS, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent. Petitioner, Lindsay Wethington's Petition for a Writ of Habeas Corpus is **DENIED**, and the action is **DISMISSED WITH PREJUDICE**.

Date: 10/21/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

LINDSAY WETHINGTON
209105
Madison Correctional Unit
800 Bus Stop Dr.
Madison, IN 47250

Natalie Faye Weiss
INDIANA ATTORNEY GENERAL
natalie.weiss@atg.in.gov